UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SEAN McENROE<br><br>    Plaintiff,<br><br>V.<br><br>MANTISSA CORPORATION<br><br>    Defendant. | Civil Action No. 14-cv-12320 |

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties stipulate to the dismissal of this action with prejudice and without costs and/or attorney's fees, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

Respectfully submitted,

| SEAN MCENROE | MANTISSA CORPORATION |
|---|---|
| By his attorneys, | By its attorneys, |
| /s/ John T. McInnes | /s/ James L. Lester |
| John T. McInnes, Esq. | James L. Lester, *pro hac vice* |
| BBO #657488 | NC Bar #15715 |
| Jodi-Ann McLane, Esq. | MacCord Mason PLLC |
| BBO #635567 | 1600 Wells Fargo Tower |
| McInnes & McLane, LLP | 300 N. Greene St. |
| 9 Exchange Street | Greensboro, NC 27401 |
| Worcester, MA  01608 | Phone: (336) 273-4422 |
| Phone: (774) 420-2360 | Fax: (336) 271-2830 |
| Fax:    (866) 610-0507 | jlester@maccordmason.com |
| john@mcmcip.com | |
| Jodi@mcmcip.com | |

Dated: May 2, 2017                                                          Dated: May 2, 2017

## CERTIFICATE OF SERVICE

I, John T. McInnes, hereby certify that on May 2, 2017, a copy of the **Stipulation of Dismissal with Prejudice**, filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants.

/s/ John T. McInnes

Dated: May 2, 2017

John T. McInnes, Esq.